# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Myrna Licette Salcido, <br> Defendant. | Case No.: CR 07-1341-GHK <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. of Cal for alleged violation(s) of the terms and conditions of ~~his~~/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that ~~he~~/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _See PSA report_

B.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: _See PSA report_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: _August 31, 2011_

_____
UNITES STATES MAGISTRATE JUDGE